# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 617 |
| | : | |
| ORDER  AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1910.11, 1910.12, 1915.4-2, | : | |
| 1915.4-3, 1920.51, 1930.4 and | : | DOCKET |
| 1930.8 OF THE PENNSYLVANIA | : | |
| RULES OF CIVIL PROCEDURE | : | |

# ORDER

**PER CURIAM**

**AND NOW**, this 4th day of March, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 44 Pa.B. 4338 (July 12, 2014):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1910.11, 1910.12, 1915.4-2, 1915.4-3, 1920.51, 1930.4 and 1930.8 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days on April 3, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.